AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF

UNITED STATES OF AMERICA

V.

OTONIEL FUENTES

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1678-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about MAY 18, 2005 in _____ county, in the District of MASSACHUSETTS defendant(s) did, (Track Statutory Language of Offense)

Move and travel in interstate and foreign commerce with intent to avoid prosecution, custody and confinement under the laws of the Commonwealth of Massachusetts for the crime of violation of his parole, in violation of Mass. Gen. L. C 127, Section 149, which is a felonry under the laws of the Commonwealth of Massachusetts, from which OTONIEL FUENTES has fled.

in violation of Title 18 United States Code, Section(s) 1073

I further state that I am a(n) Special Agent of the F.B.I. and that this complaint is based on the following
Official Title

facts:

See attached affidavit

Continued on the attached sheet and made a part hereof:  [X] Yes  [ ] No

_Thomas _____
Signature of Complainant

Sworn to before me and subscribed in my presence,

7-7-05 at Boston, Massachusetts
Date

Charles B. Swartwood
Chief Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.