<u>AFFIDAVIT</u>   

I, THOMAS B. FINN, JR., hereby depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation ("FBI"), and have been so for over twenty seven years. I am currently assigned to the Lakeville Resident Agency.

2. The FBI has been requested to assist the Office of Commonwealth of Massachusetts, Executive Office of Public Safety, Parole Board in the location and apprehension of OTONIEL FUENTES.

3. I have been advised by Massachusetts State Parole Officers Robert L. Jackson and Michael Kozak of the following:

   a. On or about March 5, 2004, effective December 4, 2003, OTONIEL FUENTES was sentenced to 2 ½ years in prison for Possession of a Class A narcotic (heroin), 2 ½ years concurrent for Possession of a Class B narcotic (cocaine), and 2 ½ years concurrent for Possession of a Class B narcotic. FUENTES was released on parole on March 9, 2005. Since that time, FUENTES has failed to report to his parole officer.

   b. On or about May 18, 2005, the Commonwealth of Massachusetts, Executive Office of Public Safety, Parole Board issued an arrest warrant for the arrest of OTONIEL FUENTES charging him with the violation of his parole, a certified copy of the arrest warrant, issued pursuant to Massachusetts General Laws, Chapter 127, Section 149, of the Massachusetts General Law is attached hereto as Exhibit A;

4. I have been further advised by Parole Officers Jackson and Kozak

that an investigation by the Massachusetts State Parole Board has lead to the following:

      a. A Confidential Informant (CI1), who has provided reliable information in the past, advised that OTONIEL FUENTES went to New York City with ELIZABETH REYES. CI1 learned of this information through his association with REYES.

      b. A second CI (CI2), who has also provided reliable information in the past, advised OTONIEL FUENTES traveled to New York City, via Gerardo Transportation, Providence, RI. An official at Gerardo Transportation confirmed that OTONIEL FUENTES took one of their vans to the Bronx, New York, on May 16, 2005.

      c. A third CI (CI3), who has provided reliable information in the past advised OTONIEL FUENTES has fled to New York City.

      d. A fourth CI (CI4), who has provided reliable information in the past, advised OTONIEL FUENTES went to New York City, via Gerardo Transportation, to be with ELIZABETH REYES.

      e. An official at Casa Esperanza, a drug program in which OTONIEL FUENTES was enrolled when he fled, advised ELIZABETH REYES was OTONIEL FUENTES' emergency contact. ELIZABETH REYES' contact address is 990 Bronx Park South, Apartment 501, Bronx, New York.

      f. All efforts to apprehend OTONIEL FUENTES within the Commonwealth of Massachusetts have been unsuccessful.

      5. The Commonwealth of Massachusetts Parole Board will rendite OTONIEL FUENTES if he is apprehended outside the District of Massachusetts. A

copy of the letter from the Commonwealth of Massachusetts Parole Board, so stating is attached hereto as Exhibit B.

_____
THOMAS B. FINN, JR.
Special Agent
Federal Bureau of investigation

Subscribed and sworn to before me this ___ day of July, 2005.

_____
U.S. Magistrate Judge




# The Commonwealth of Massachusetts
## Executive Office of Public Safety
### Parole Board

45 Hospital Road
P.O. Box 647
Medfield, Massachusetts 02052

Telephone # (508) 242-8001
Facsimile # (508) 242-8100

**Mitt Romney**
*Governor*

**Kerry Healey**
*Lieutenant Governor*

**Edward A. Flynn**
*Secretary*

**Maureen E. Walsh**
*Chairman*

**Donald V. Giancioppo**
*Executive Director*

June 13, 2005

Michael Sullivan
U.S. Attorney
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

RE: Application for Unlawful Flight to Avoid Prosecution Warrant on **Otoniel Fuentes, H/M**
**DOB: 11/06/65**

Dear U.S. Attorney:

The Massachusetts Parole Board would like to make application for a U.F.A.C. warrant for **Otoniel Fuentes** charging him with parole violation under M.G.L. Chapter 127, Section 149. Please see attached notarized warrant.

Otoniel Fuentes was sentenced on 03/05/04, effective 12/04/03 to 2 ½ years. for Poss Cl A, 2 ½ years concurrent for Poss Cl B and 2 ½ years concurrent for Poss Cl B. He was released on parole on 03/09/05. Mr. Fuentes is believed to be residing in the state of New York.

If apprehended, the Parole Board will rendite and will seek a Governor's Warrant if necessary.

Sincerely,

Darwin Bliss
Deputy Chief

PLEASE TYPE
SIGN WITH BALL POINT PEN ONLY — BEAR DOWN

№ 3566 [0][5]



**COMMONWEALTH OF MASSACHUSETTS**
**Parole Board**

Region __2__   District __7__

| WARRANT FOR PERMANENT CUSTODY (STATE) | Name of Parolee<br>Fuentes, Otoniel | Institution Number<br>Dar-0402377<br>SID Number |
|---|---|---|

| Date of Birth<br>11-06-65 | Sex<br>☒ Male<br>☐ Female | Race<br>☐ White<br>☐ Black<br>☒ Hispanic<br>☐ Other | This warrant for permanent custody is issued by the Parole Board in accordance with chapter 127 section 149 of the Massachusetts General Laws. |
|---|---|---|---|

**To any officer authorized to serve criminal process in the Commonwealth of Massachusetts or to any Peace Officer authorized to serve Criminal Process in the United States: you are required to arrest the parolee and convey him/her to** Dartmouth H/C _____ . **To the superintendent of said institution: you are hereby required to receive the prisoner and safely keep him/her until the expiration of sentence or until otherwise discharged according to law.**

**REASON FOR WARRANT FOR PERMANENT CUSTODY:**

Above named parolee has violated a condition(s) of his/her parole.

| Chairman or Parole Board Member<br>*[signature]* | Date Warrant Issued<br>5-18-05 |
|---|---|

| RETURN OF SERVICE<br><br>Mail to:<br>Warrant Unit<br>Massachusetts Parole Board<br>27-43 Wormwood Street<br>Boston, MA 02210-1606 | Signature of Arresting Officer | Date Arrested |
|---|---|---|
| | By virtue of this warrant I certify that the above named person has been arrested and placed in custody at: | |
| | Institution | Effective Date of Return |
| | Signature of Officer Making Return | Title | Date Returned |

PB-WPCS. 5/1/87

*[signature]* Ronald Jay Rapaport
A True Copy Attest
RONALD JAY RAPAPORT
NOTARY PUBLIC
My commission expires July 23, 2010

white copy — Warrant Unit      yellow copy — institution      pink copy — parole officer

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** MA     **Category No.** 090     **Investigating Agency** JFUB

**City** _____     **Related Case Information:**

**County** _____

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** OTONIEL FUENTES          Juvenile  [ ] Yes  [x] No

**Alias Name** _____

**Address** 67 ACUSHNET AVE., NEW BEDFORD, MA

**Birth date (Year only):** 1965   **SSN (last 4 #):** 9150   **Sex** M   **Race:** _____   **Nationality:** Unknown

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Thomas Kanwit     **Bar Number if applicable** _____

**Interpreter:** [ ] Yes  [x] No     **List language and/or dialect:** _____

**Matter to be SEALED:** [ ] Yes  [x] No

[x] Warrant Requested     [ ] Regular Process     [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as _____ in _____.
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

**Charging Document:**  [x] Complaint     [ ] Information     [ ] Indictment

**Total # of Counts:**  [ ] Petty ___  [ ] Misdemeanor ___  [x] Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

[ ] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 07/07/05     **Signature of AUSA:** /s/ Thos K

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     OTONIEL FUENTES

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1073 | Unlawful flight to avoid prosecution | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**